UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENE ROPER,<br><br>  Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et. al.,<br><br>  Defendants. | Case No. 3:22-CV-00314-MMD-CLB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CHANGE OF ADDRESS AND NON-PRISONER *IN FORMA PAUPERIS* APPLICATION AND DENYING PRISONER *IN FORMA PAUPERIS* APPLICATION AS MOOT**<br><br>[ECF No. 1] |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff has been paroled and is thus no longer incarcerated with the NDOC. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number…. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. This Court grants Plaintiff 30 days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within 30 days from the date of entry of this order, the Court will recommend dismissal of this action without prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within 30 days from the date of this order or pay the full filing fee of $402.

Accordingly, **IT IS ORDERED** that Plaintiff shall file his updated address with the Court within **30 days** from the date of this order.

**IT IS FURTHER ORDERED** that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that within **30 days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, the Court shall recommend dismissal of this case without prejudice.

IT IS SO ORDERED.

DATED: July 25, 2022.

UNITED STATES MAGISTRATE JUDGE